

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,247-01

### EX PARTE AIRTON MOSQUERA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-20-2433-E-WHC1 IN THE 453RD DISTRICT COURT
### FROM HAYS COUNTY

*Per curiam. Yeary, J., filed a dissenting opinion joined by Schenck, P.J., Finley and Parker, JJ.*

## O P I N I O N

Applicant's motion for rehearing after this Court issued an opinion in this cause is granted. This Court's prior opinion is withdrawn.

Applicant was convicted of robbery and sentenced to ten years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. In his application, Applicant complains that his defense counsel failed to timely file a motion for shock probation as he had promised to do. The trial court recommends granting habeas relief, and this Court agrees.

The judgment in cause number CR-20-2433-E in the 453rd District Court of Hays County is set aside, and Applicant is remanded to the custody of the Sheriff of Hays County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.


Delivered:     July 2, 2025
Published